UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DEBORAH BOONE,

        Plaintiff,

-vs-                                              Case No. 6:07-cv-1473-Orl-28KRS

BASSEM TAHA, UNIVERSAL HYUNDAI,

        Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Application to Proceed without Prepayment of Fees and Affidavit (Doc. No. 2) filed September 13, 2007. The United States Magistrate Judge has submitted a report recommending that the complaint and the motion be denied without prejudice.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed October 12, 2007 (Doc. No. 6) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Complaint filed in this action is **DISMISSED without prejudice.** The Plaintiff may file an Amended Complaint within eleven (11) days from the date of this Order which must set forth a cause of action and state the basis of this Court's jurisdiction.

3. The Motion/Application to Proceed without Prepayment of Fees is **DENIED without prejudice.** If Plaintiff files an Amended Complaint as set forth above, she may file a renewed motion to proceed without prepayment of fees.

4. This file will be closed if an amended complaint is not filed within the time allowed in this Order.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  29  day of October, 2007.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party